NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:08-cr-183-JDB

**MARTINAIR HOLLAND N.V.**
         (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

D. Jarrett Arp (D.C. Bar No. 444201)
(Attorney & Bar ID Number)

Gibson, Dunn & Crutcher LLP
(Firm Name)

1050 Connecticut Avenue, N.W.
(Street Address)

Washington,   DC   20036
(City)        (State)  (Zip)

(202) 955-8678
(Telephone Number)