IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | Criminal No.: 1:08-cr-183-JDB |
| v. | |
| MARTINAIR HOLLAND N.V., | |
| Defendant | |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF GARY R. SPRATLING**

I, Gary R. Spratling, declare and state as follows:

1. My full name is Gary Richard Spratling.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office address is One Montgomery Street, Post Montgomery Center, San Francisco, CA, 94104. My office telephone number is (415) 393-8222.

3. I am a member in good standing of the Bar of the State of California.

4. I have been admitted to practice in the following federal courts:

    - U.S. District Court, Northern District of California
    - U.S. Court of Appeals for the Ninth Circuit

5. I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2008

Gary R. Spratling

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) ) ) ) ) ) ) ) | Criminal No.: 1:08-cr-183-JDB |
| v. | | |
| MARTINAIR HOLLAND N.V., | | |
| Defendant | | |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Gary R. Spratling, it is, on this _____ day of _____ 2008, hereby

ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Gary R. Spratling be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

_____
Judge John D. Bates, United States
District Court for the District of Columbia