**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| UNITES STATES OF AMERICA, ) | Criminal No.: 1:08-cr-183-JDB |
| ) | |
| v. ) | |
| ) | |
| MARTINAIR HOLLAND N.V., ) | |
| ) | |
| Defendant ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL G. SWANSON**

Pursuant to LCrR 44.1(d) of the Local Rules of the United States District Court for the District of Columbia, D. Jarrett Arp, counsel for Martinair Holland N.V., respectfully moves this Court for an order admitting Daniel G. Swanson to the Bar of this Court, *pro hac vice*, for the purpose of representing Martinair Holland N.V. in the above captioned case. Mr. Swanson is knowledgeable regarding this proceeding, and it would be economical and efficient to allow Mr. Swanson to appear before this Court.

Mr. Swanson is a member of good standing of the Bar of the State of California, and he has not been admitted *pro hac vice* to practice before this Court within the past two years. A declaration attesting to these facts is attached.

For the foregoing reasons, undersigned counsel respectfully requests that the Court grant this Motion and enter an Order for admission of Mr. Swanson *pro hac vice* in the above captioned case. A proposed order is attached.

DATED: July 17, 2008

Respectfully submitted,

 /s/ D. Jarrett Arp
D. Jarrett Arp (D.C. Bar No. 444201)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant Martinair Holland N.V.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused copies of the foregoing to be transmitted to counsel registered to receive electronic service.

                                                             /s/ D. Jarrett Arp  
                                                           D. Jarrett Arp

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | Criminal No.: 1:08-cr-183-JDB |
| ) | |
| v. ) | |
| ) | |
| MARTINAIR HOLLAND N.V., ) | |
| ) | |
| Defendant ) | |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF DANIEL G. SWANSON**

I, Daniel G. Swanson, declare and state as follows:

1. My full name is Daniel Glen Swanson.

2. I am a partner in the law firm Gibson, Dunn & Crutcher LLP. My office address is 333 South Grand Avenue, Los Angeles, California 90071. My office telephone number is (213) 229-7430.

3. I am a member in good standing of the Bar of the State of California.

4. I have been admitted to practice in the following federal courts:

   - U.S. District Court, Central District of California
   - U.S. District Court, Southern District of California
   - U.S. District Court, Northern District of California
   - U.S. Court of Appeals, for the Ninth Circuit
   - U.S. Court of Appeals, for the District of Columbia Circuit
   - U.S. Court of Appeals, for the Federal Circuit
   - U.S. Court of Appeals, for the Second Circuit
   - U.S. Court of Appeals, for the Third Circuit
   - U.S. Court of Appeals, for the Fourth Circuit
   - U.S. Court of Appeals, for the Fifth Circuit
   - U.S. Court of Appeals, for the Tenth Circuit
   - United States Supreme Court

5. I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2008

Daniel G. Swanson

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITES STATES OF AMERICA, | ) ) ) | Criminal No.: 1:08-cr-183-JDB |
| v. | ) ) |  |
| MARTINAIR HOLLAND N.V., | ) ) |  |
| Defendant | ) |  |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Daniel G. Swanson, it is, on this _____ day of _____ 2008, hereby

ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Daniel G. Swanson be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

_____
Judge John D. Bates, United States
District Court for the District of Columbia