IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | Criminal No.: 1:08-cr-183-JDB |
| v. | |
| MARTINAIR HOLLAND N.V., | |
| Defendant | |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL G. SWANSON

I, Daniel G. Swanson, declare and state as follows:

1. My full name is Daniel Glen Swanson.

2. I am a partner in the law firm Gibson, Dunn & Crutcher LLP. My office address is 333 South Grand Avenue, Los Angeles, California 90071. My office telephone number is (213) 229-7430.

3. I am a member in good standing of the Bar of the State of California.

4. I have been admitted to practice in the following federal courts:

    - U.S. District Court, Central District of California
    - U.S. District Court, Southern District of California
    - U.S. District Court, Northern District of California
    - U.S. Court of Appeals, for the Ninth Circuit
    - U.S. Court of Appeals, for the District of Columbia Circuit
    - U.S. Court of Appeals, for the Federal Circuit
    - U.S. Court of Appeals, for the Second Circuit
    - U.S. Court of Appeals, for the Third Circuit
    - U.S. Court of Appeals, for the Fourth Circuit
    - U.S. Court of Appeals, for the Fifth Circuit
    - U.S. Court of Appeals, for the Tenth Circuit
    - United States Supreme Court

5. I have not been disciplined by any Bar, and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

6. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2008

Daniel G. Swanson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITES STATES OF AMERICA, | ) ) ) | Criminal No.: 1:08-cr-183-JDB |
| v. | ) ) |  |
| MARTINAIR HOLLAND N.V., | ) ) |  |
| Defendant | ) |  |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Daniel G. Swanson, it is, on this _____ day of _____ 2008, hereby

ORDERED that the Motion for Admission *pro hac vice* is GRANTED, and that Daniel G. Swanson be, and the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

_____
Judge John D. Bates, United States
District Court for the District of Columbia