UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No.: 1:08-cr-183-JDB |
| v. | ) |
| | ) |
| | ) **CERTIFICATION OF** |
| MARTINAIR HOLLAND N.V., | ) **NONGOVERNMENTAL** |
| | ) **CORPORATE PARTY** |
| Defendant. | ) |
| | ) |

   Pursuant to Fed. R. Crim. P. 12.4(a)(1), the undersigned certifies that the following parent or publicly held corporations, directly or indirectly, own 10% or more of the stock of Martinair Holland N.V., a non-governmental corporate party to this action:  Koninklijke Luchtvaart Maatschappij NV ("KLM") and Maersk Holding BV.

   Dated:  July 21, 2008

                                                          Respectfully submitted,


                                                          _____/s/   D. Jarrett Arp_____
                                                          D. Jarrett Arp (D.C. Bar No. 444201)
                                                          GIBSON, DUNN & CRUTCHER LLP
                                                          1050 Connecticut Ave., NW
                                                          Washington, DC  20003
                                                          (202) 955-8500

                                                          *Attorneys for Martinair Holland N.V.*