CO-526
(12/86)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 08-183 (JDB) |
| ) | |
| ) | **FILED** |
| MARTINAIR HOLLAND N.V. ) | JUL 2 2 2008 |

### WAIVER OF TRIAL BY JURY

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
R.C. de Fluiter Balledux, Chief Financial Officer

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____          Date: _____
Judge John D. Bates