UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 08-183 (JDB)
)
MARTINAIR HOLLAND N.V. )
)
)

**FILED**
JUL 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **MARTINAIR HOLLAND N.V.**, the above-name defendant, who is accused of

**Antitrust Violations**
**15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **July 22, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
R.C. de Fluiter Balledux, Chief Financial Officer

_____
Counsel for Defendant

Before _____   Date: July 22, 2008
Judge John D. Bates