# MEMORANDUM

**To:** Terri Barrett, Case Administrator
**From:** Alfreda Ludd, Financial Administrator
**Date:** August 25, 2008
**Subject:** USA v Martinair Holland, N.V.   08-183 (JDB)

FILED
AUG 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please docket the following information on CM/ECF.

On August 19, 2008 the Court received a wire transfer in the amount of $7,000,000.00 as an installment payment of the $42,000,000.00 fine imposed by the court on 07/23/08; Rec No: 08461600111.

Thank you